Case 5:21-cv-00531-OLG   Document 21   Filed 08/02/22   Page 1 of 1

**FILED**
August 02, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                    DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| JOE M. MENDEZ, III, | § | |
| *Plaintiff*, | § | |
| v. | § | CIVIL NO. SA-21-CV-00531-OLG |
| TYSON FOODS, INC., | § | |
| *Defendant*. | § | |

**O R D E R**

Before the Court is the Joint Motion to Stay all Deadlines and Notice of Settlement filed on July 21, 2022, *see* Dkt. No. 19, which advised that the parties have settled all matters in controversy between them. Accordingly, the Court hereby administratively CLOSES this case pending the filing of dismissal papers. The Clerk of the Court is **ORDERED** to administratively close this case upon entry of this Order. If the parties wish to reopen this case, they may do so by filing a motion to that effect.

It is **SO ORDERED**.

**SIGNED** this  2nd  day of August, 2022.

_____
ORLANDO L. GARCIA
Chief United States District Judge